# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133569

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALE DUWAYNE OTIS, JR.,
      Defendant-Appellant.

SC: 133569
COA: 275876
Branch CC: 03-117950-FH

_____/

On order of the Court, the application for leave to appeal the February 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY and CORRIGAN, JJ., would remand this case to the trial court to clarify the basis for the scoring of OV 19.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

p0914